■ Edwin Ramirez et al., Respondents, v 101465 Realty, Inc., Appellant, and V & F Greenwich Village, Inc., Doing

Business as FAMOUS RAY'S PIZZA, Respondent. [831 NYS2d 704]—
Order, Supreme Court, New York County (Leland DeGrasse, J.),
entered October 24, 2006, which denied defendant 101465
Realty, Inc.'s motion for summary judgment dismissing the
complaint, unanimously affirmed, without costs.

The relevant leases reserve to defendant landlord 101465
Realty, Inc. the right to reenter the demised premises for the
purpose of inspection and repair. That reservation together with
the circumstance that the summary judgment movant's evi-
dence did not disprove plaintiff's allegation that the premises
stairwell where he fell had significant structural or design
defects in violation of the New York City Building Code, dictated
the motion's denial (*see Kraus v Caliche Realty Estates*, 289
AD2d 9 [2001]). Concur—Tom, J.P., Mazzarelli, Sullivan,
Nardelli and Buckley, JJ.